

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON
THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 22, 2023**

_____
**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| IN RE: | Case Number: 23-40202-ELM |
| **ANA ALICIA JACKSON**<br>**SSN: XXX-XX-8156**<br>**aka ANALICIA, GARCIA** | Judge  Edward L Morris<br><br>Chapter 13 |
| **DEBTOR** | |

---

### ORDER DISCHARGING STANDING TRUSTEE,
### TERMINATING FURTHER LIABILITY ON BOND, AND CLOSING CASE

---

It appearing to the Court that Tim Truman, Standing Chapter 13 Trustee in the above-styled case pending under Chapter 13 of Title 11 of the United States Code, has filed a Final Report and Accounting showing that the estate in this case has been fully administered; that the Standing Trustee does not hold any funds to be paid or distributed in this case; that he should be discharged and further liability on the said Trustee's bond with respect to this case be terminated.

IT IS THEREFORE ORDERED:

That Tim Truman, Standing Chapter 13 Trustee in this case, is discharged; that he and the sureties or surety on his Trustee's Bond are relieved from liability with respect to this case, except such liability as may have accrued heretofore; that such Bond is cancelled; and that the Chapter 13 case of the above-named Debtor is closed.

# # # End of Order # # #